THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* CHARLES ROBINSON *et al.*, Defendants-Appellees.

(No. 57981;

First District (3rd Division)—November 7, 1974.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, John M. Cutrone, and Ricky L. Petrone, Assistant State's Attorneys, of counsel), for the People.

James J. Doherty, Public Defender, of Chicago (James N. Gramenos, Assistant Public Defender, of counsel), for appellees.